# EXHIBIT A



# McCain Foods USA
# &
# ROSATI'S PIZZA-HAMPSHIRE GROUP

## Food Service Contract

**Start Contract Date :** 01/01/2022                                **End Contract Date :** 12/31/2022

**Contract Agreement**  This agreement entered into between McCain Foods USA, Inc., One Tower Lane, 11th Floor, Oakbrook Terrace, IL, (McCain) and ROSATI'S PIZZA-HAMPSHIRE GROUP hereinafter called "Operator" may not be transferred or assigned without prior written consent from McCain. McCain agrees to sell and Operator agrees to purchase, certain McCain Products under the terms and conditions set forth in this agreement.

If you have a direct contract with McCain you may not also be represented by a GPO (Group Purchasing Organization). The terms and conditions of this agreement are null and void should McCain Foods, USA receive claims on your behalf from any GPO organization.

**See section below titled "Claim Format Requirements" for additional terms and conditions.**

**Pricing**  Prices are FOB from Distribution Center and does not include freight or distributor mark up.
McCain may adjust a Product price due to a change in FOB Source Point ("SP Price Adjustment") upon 90 days' written notice to Operator. Operator shall be deemed to accept the SP Price Adjustment unless McCain receives a written objection at least 45 days prior to the SP Price Adjustment effective date ("Objection"). An Objection to the SP Price Adjustment shall relieve McCain of any obligation to fill orders beyond the SP Price Adjustment effective date.

**Volume Estimate**  Pricing shown below is based on the volume estimate indicated and is subject to adjustment if actual volumes fall short of the volume estimate. Operator agrees to provide McCain monthly, or quarterly, velocity proof of performance reports.

**Authorized Distributors**  The following distribution centers are authorized by "Customer" to receive pricing information on the following product(s), and to place purchase orders for the products on behalf of the "Customer."

| Distributor # | Distributor Name | City | State | Zip |
|---|---|---|---|---|
| 1000079569 | BELLISSIMO DISTRIBUTION LLC | BARTLETT | Illinois | 60103 |
| 1001066728 | BEN E KEITH COMPANY - HOUSTON | MISSOURI CITY | Texas | 77489 |
| 1000081938 | Lisanti Foodservice Of Tx | Irving | Texas | 75063 |
| 1000093963 | GRECO & SONS OF AZ | PHOENIX | Arizona | 85031 |
| 1001059999 | GRECO & SONS OF WI | OAK CREEK | Wisconsin | 53154 |
| 1000082259 | BEN E KEITH COMPANY - DFW | FORT WORTH | Texas | 76140 |

| PRODUCT SUMMARY | | | | | CONTRACT FOB PRICE | | OPERATOR ALLOWANCE | | OPERATOR REBATE | | CONTRACT DELIVERED PRICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKU | SKU Description | Net Weight LBs Per Case | McCain Source Point | Annual LBS | Price/LB | Price/CS | Unit of Measure Case or LB | $ Rate | Unit of Measure Case or LB | $ Rate | Price/LB | Price/CS |
| **POTATO ITEMS** | | | | | | | | | | | | |
| MCX01 | FS MC XL 0TFA 1/4 SS 6X4.5 LB | 27.00 | Plover Plant | 5,000 | $ 0.810 | $ 21.87 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX01 | FS MC XL 0TFA 1/4 SS 6X4.5 LB | 27.00 | AMC Rochelle - Caron Rd. | 3,750 | $ 0.810 | $ 21.87 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX01 | FS MC XL 0TFA 1/4 SS 6X4.5 LB | 27.00 | AMC Atlanta Southgate | 10,000 | $ 0.860 | $ 23.22 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX01 | FS MC XL 0TFA 1/4 SS 6X4.5 LB | 27.00 | Americold Fort Worth Meacham | 3,750 | $ 0.850 | $ 22.95 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX01 | FS MC XL 0TFA 1/4 SS 6X4.5 LB | 27.00 | New Cold Burley | 2,500 | $ 0.800 | $ 21.60 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCG40 | FS MC GLD PXL 3/8 SC 6X5 LB | 30.00 | Plover Plant | 12,750 | $ 0.820 | $ 24.60 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCG40 | FS MC GLD PXL 3/8 SC 6X5 LB | 30.00 | AMC Rochelle - Caron Rd. | 51,000 | $ 0.820 | $ 24.60 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCG40 | FS MC GLD PXL 3/8 SC 6X5 LB | 30.00 | Americold Fort Worth Meacham | 21,250 | $ 0.820 | $ 24.60 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX50 | MC XL 3/8CC 6X5 | 30.00 | Plover Plant | 7,200 | $ 0.870 | $ 26.10 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX50 | MC XL 3/8CC 6X5 | 30.00 | AMC Rochelle - Caron Rd. | 9,600 | $ 0.870 | $ 26.10 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX50 | MC XL 3/8CC 6X5 | 30.00 | Americold Fort Worth Meacham | 4,800 | $ 0.870 | $ 26.10 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCX50 | MC XL 3/8CC 6X5 | 30.00 | New Cold Burley | 2,400 | $ 0.870 | $ 26.10 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCF03791 | MCC SCP 5/16 SC PXLSO CLR FRIES 6X5LB | 30.00 | Americold Fort Worth Meacham | 800 | $ 0.860 | $ 25.80 | Lbs | NA | Lbs | $ 0.000 | NA | NA |
| MCF03791 | MCC SCP 5/16 SC PXLSO CLR FRIES 6X5LB | 30.00 | New Cold Burley | 7,200 | $ 0.860 | $ 25.80 | Lbs | NA | Lbs | $ 0.000 | NA | NA |

| SKU | SKU Description | Net Weight LBs Per Case | McCain Source Point | Annual LBS | CONTRACT FOB PRICE Price/LB | CONTRACT FOB PRICE Price/CS | OPERATOR ALLOWANCE Unit of Measure Case or LB | OPERATOR ALLOWANCE $ Rate | OPERATOR REBATE Unit of Measure Case or LB | OPERATOR REBATE $ Rate | CONTRACT DELIVERED PRICE Price/LB | CONTRACT DELIVERED PRICE Price/CS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRODUCT SUMMARY** | | | | | | | | | | | | |
| **POTATO ITEMS** | | | | | | | | | | | | |
| **SNACK ITEMS** | | | | | | | | | | | | |
| 50006240 | ANC 3 1/4 BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | Plover Plant | 9,000 | $2.585 | $62.04 | Case | NA | Case | $0.000 | NA | NA |
| 50006240 | ANC 3 1/4 BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | AMC Rochelle - Caron Rd. | 15,000 | $2.585 | $62.04 | Case | NA | Case | $0.000 | NA | NA |
| 50006240 | ANC 3 1/4 BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | AMC Atlanta Southgate | 15,000 | $2.798 | $67.16 | Case | NA | Case | $0.000 | NA | NA |
| 50006240 | ANC 3 1/4 BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | Americold Fort Worth Meacham | 15,000 | $2.765 | $66.36 | Case | NA | Case | $0.000 | NA | NA |
| 50006240 | ANC 3 1/4 BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | New Cold Burley | 6,000 | $2.745 | $65.88 | Case | NA | Case | $0.000 | NA | NA |
| 50010138 | ANC BRD BUTTER MSHRMS 6X2.5LB | 15.00 | Plover Plant | 6,000 | $2.095 | $31.43 | Case | NA | Case | $0.000 | NA | NA |
| 50010138 | ANC BRD BUTTER MSHRMS 6X2.5LB | 15.00 | AMC Rochelle - Caron Rd. | 8,000 | $2.095 | $31.43 | Case | NA | Case | $0.000 | NA | NA |
| 50010138 | ANC BRD BUTTER MSHRMS 6X2.5LB | 15.00 | AMC Atlanta Southgate | 16,000 | $2.309 | $34.63 | Case | NA | Case | $0.000 | NA | NA |
| 50010138 | ANC BRD BUTTER MSHRMS 6X2.5LB | 15.00 | Americold Fort Worth Meacham | 6,000 | $2.309 | $34.63 | Case | NA | Case | $0.000 | NA | NA |
| 50010138 | ANC BRD BUTTER MSHRMS 6X2.5LB | 15.00 | New Cold Burley | 4,000 | $2.175 | $32.63 | Case | NA | Case | $0.000 | NA | NA |
| 70010011 | BCI 5/8 BRB THCK ON RINGS 6X2.5LB | 15.00 | Plover Plant | 2,100 | $1.866 | $27.99 | Case | NA | Case | $0.000 | NA | NA |
| 70010011 | BCI 5/8 BRB THCK ON RINGS 6X2.5LB | 15.00 | AMC Rochelle - Caron Rd. | 2,800 | $1.866 | $27.99 | Case | NA | Case | $0.000 | NA | NA |
| 70010011 | BCI 5/8 BRB THCK ON RINGS 6X2.5LB | 15.00 | AMC Atlanta Southgate | 5,600 | $2.046 | $30.69 | Case | NA | Case | $0.000 | NA | NA |
| 70010011 | BCI 5/8 BRB THCK ON RINGS 6X2.5LB | 15.00 | Americold Fort Worth Meacham | 2,100 | $2.046 | $30.69 | Case | NA | Case | $0.000 | NA | NA |
| 70010011 | BCI 5/8 BRB THCK ON RINGS 6X2.5LB | 15.00 | New Cold Burley | 1,400 | $1.946 | $29.19 | Case | NA | Case | $0.000 | NA | NA |
| 50005800 | Anchor 4/3.5 Italian Breaded Zucchini Sticks | 14.00 | Plover Plant | 600 | $2.157 | $30.20 | Case | NA | Case | $0.000 | NA | NA |
| 50005800 | Anchor 4/3.5 Italian Breaded Zucchini Sticks | 14.00 | AMC Rochelle - Caron Rd. | 450 | $2.157 | $30.20 | Case | NA | Case | $0.000 | NA | NA |
| 50005800 | Anchor 4/3.5 Italian Breaded Zucchini Sticks | 14.00 | AMC Atlanta Southgate | 1,200 | $2.277 | $31.88 | Case | NA | Case | $0.000 | NA | NA |
| 50005800 | Anchor 4/3.5 Italian Breaded Zucchini Sticks | 14.00 | Americold Fort Worth Meacham | 450 | $2.277 | $31.88 | Case | NA | Case | $0.000 | NA | NA |
| 50005800 | Anchor 4/3.5 Italian Breaded Zucchini Sticks | 14.00 | New Cold Burley | 300 | $2.277 | $31.88 | Case | NA | Case | $0.000 | NA | NA |
| 70004011 | BCI BRB ZUCC SLICE 8X3LB | 24.00 | Plover Plant | 400 | $2.292 | $55.02 | Case | NA | Case | $0.000 | NA | NA |
| 70004011 | BCI BRB ZUCC SLICE 8X3LB | 24.00 | AMC Rochelle - Caron Rd. | 300 | $2.292 | $55.02 | Case | NA | Case | $0.000 | NA | NA |
| 70004011 | BCI BRB ZUCC SLICE 8X3LB | 24.00 | AMC Atlanta Southgate | 800 | $2.375 | $57.00 | Case | NA | Case | $0.000 | NA | NA |
| 70004011 | BCI BRB ZUCC SLICE 8X3LB | 24.00 | Americold Fort Worth Meacham | 300 | $2.368 | $56.82 | Case | NA | Case | $0.000 | NA | NA |
| 70004011 | BCI BRB ZUCC SLICE 8X3LB | 24.00 | New Cold Burley | 200 | $2.375 | $57.00 | Case | NA | Case | $0.000 | NA | NA |
| 50010143 | ANC BRD CD CHS CAULIFLR 6X3LB | 18.00 | Plover Plant | 400 | $1.915 | $34.47 | Case | NA | Case | $0.000 | NA | NA |
| 50010143 | ANC BRD CD CHS CAULIFLR 6X3LB | 18.00 | AMC Rochelle - Caron Rd. | 300 | $1.915 | $34.47 | Case | NA | Case | $0.000 | NA | NA |
| 50010143 | ANC BRD CD CHS CAULIFLR 6X3LB | 18.00 | AMC Atlanta Southgate | 800 | $2.095 | $37.71 | Case | NA | Case | $0.000 | NA | NA |
| 50010143 | ANC BRD CD CHS CAULIFLR 6X3LB | 18.00 | Americold Fort Worth Meacham | 300 | $2.065 | $37.17 | Case | NA | Case | $0.000 | NA | NA |
| 50010143 | ANC BRD CD CHS CAULIFLR 6X3LB | 18.00 | New Cold Burley | 200 | $2.095 | $37.71 | Case | NA | Case | $0.000 | NA | NA |
| 1000007184 | ROS BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | Plover Plant | 4,000 | $2.437 | $58.48 | Case | NA | Case | $0.000 | NA | NA |
| 1000007184 | ROS BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | AMC Rochelle - Caron Rd. | 18,000 | $2.437 | $58.48 | Case | NA | Case | $0.000 | NA | NA |

| PRODUCT SUMMARY | | | | | CONTRACT FOB PRICE | | OPERATOR ALLOWANCE | | OPERATOR REBATE | | CONTRACT DELIVERED PRICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SKU | SKU Description | Net Weight LBs Per Case | McCain Source Point | Annual LBS | Price/LB | Price/CS | Unit of Measure Case or LB | $ Rate | Unit of Measure Case or LB | $ Rate | Price/LB | Price/CS |
| **POTATO ITEMS** | | | | | | | | | | | | |
| 1000007184 | ROS BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | AMC Atlanta Southgate | 10,000 | $ 2.437 | $ 58.48 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007184 | ROS BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | Americold Fort Worth Meacham | 4,000 | $ 2.437 | $ 58.48 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007184 | ROS BRD ITAL MOZZ CH STICK 6X4LB | 24.00 | New Cold Burley | 4,000 | $ 2.437 | $ 58.48 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007186 | ROS BRD BUTTER MSHRMS 6X2.5LB | 15.00 | Plover Plant | 1,000 | $ 1.945 | $ 29.18 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007186 | ROS BRD BUTTER MSHRMS 6X2.5LB | 15.00 | AMC Rochelle - Caron Rd. | 4,500 | $ 1.945 | $ 29.18 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007186 | ROS BRD BUTTER MSHRMS 6X2.5LB | 15.00 | AMC Atlanta Southgate | 2,500 | $ 1.945 | $ 29.18 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007186 | ROS BRD BUTTER MSHRMS 6X2.5LB | 15.00 | Americold Fort Worth Meacham | 1,000 | $ 1.945 | $ 29.18 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000007186 | ROS BRD BUTTER MSHRMS 6X2.5LB | 15.00 | New Cold Burley | 1,000 | $ 1.945 | $ 29.18 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008467 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | Plover Plant | 1,500 | $ 3.035 | $ 48.56 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008467 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | AMC Rochelle - Caron Rd. | 6,000 | $ 3.035 | $ 48.56 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008467 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | AMC Atlanta Southgate | 3,750 | $ 3.215 | $ 51.44 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008467 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | Americold Fort Worth Meacham | 2,250 | $ 3.215 | $ 51.44 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008467 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | New Cold Burley | 1,500 | $ 3.115 | $ 49.84 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008469 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | Plover Plant | 2,500 | $ 3.035 | $ 48.56 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008469 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | AMC Rochelle - Caron Rd. | 10,000 | $ 3.035 | $ 48.56 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008469 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | AMC Atlanta Southgate | 6,250 | $ 3.215 | $ 51.44 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008469 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | Americold Fort Worth Meacham | 3,750 | $ 3.215 | $ 51.44 | Case | NA | Case | $ 0.000 | NA | NA |
| 1000008469 | ANC PPR BRD ORIG CR CHS ST JALAP 4X4LB | 16.00 | New Cold Burley | 2,500 | $ 3.115 | $ 49.84 | Case | NA | Case | $ 0.000 | NA | NA |

| OPERATOR PROGRAM NOTES - PAYABLE TO OPERATOR | | | |
|---|---|---|---|
| Program Type | Category | Program Description - Program payable to OPERATOR | Amount |
| Marketing | Appetizers | Marketing General Appetizers | $ 2,000.00 |

**Waiver** Any delay or failure in the performance by McCain shall be excused if and to the extent caused by the occurrence of a cause or event that is not reasonably foreseeable or otherwise caused by or under the control of McCain.

## CONTRACT ACCEPTANCE

This agreement is not valid unless signed by an authorized representative of both parties.

_[signature]_ 12/14/21   _[signature]_ 12/14/21
Customer (Operator)   Date   McCain Foods USA   Date

AUTH. AGENT   Sr. Key Act. Mgr
Title   Title