# EXHIBIT B



# McCain Foods USA

One Tower Lane, 11th Floor
Oakbrook Terrace, Illinois 60181

**Date:** April 26, 2022

**To:** McCain Foods USA Operator Customers

**From:** McCain Foods USA

**Cc:** Paolo Picchi, Stuart Herd, Amanda Colgan, Joe Kunde, Joe Colligan

**RE:** Elimination of Operator Guaranteed FOB Warehouse Pricing

---

McCain maintains strong and valued relationships with its customers and assumes a mutual commitment to sustainable business and growth. The foodservice industry continues to face unprecedented changes representing a significant impact to our business and supply. Supply chain challenges and inflation continue to escalate at alarming rates, and pricing structures have not been able to keep pace with the volatility in the current market.

Effective May 2, 2022, all operator guaranteed FOB warehouse pricing on McCain product lines will be increased per the below. This pricing reflects the cumulative market increases realized in December 2021, April 2022, and May 2022.

**Potatoes**

| | |
|---|---|
| Conventional | $0.23/lb. |
| Battered | $0.27/lb. |
| Chopped & Formed | $0.24/lb. |
| IQF & Mashed | $0.22/lb. |
| Sweet Potato | $0.38/lb. |

**Appetizers**

| | |
|---|---|
| Cheese | $0.75/lb. |
| Onion | $0.53/lb. |
| Pepper | $0.55/lb. |
| Vegetable | $0.25/lb. |

In addition, all future market increases will be applied to all McCain FOB warehouse pricing agreements.

Any operator placing an order with a distributor on or after May 2, 2022 will be deemed to have accepted these revised pricing terms. All other terms of supply will remain the same.

In these challenging times, we appreciate your understanding and cooperation with our efforts to sustain our mutual business amidst extreme market conditions. Please contact your McCain sales representatives with any questions.