IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BELVIDERE PIZZA, INC. and<br><br>HAMPSHIRE PIZZA, INC. a/k/a Rosati's Pizza-Hampshire Group, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>MCCAIN FOODS USA, INC.,<br><br>           Defendant. | Case No. 1:24-CV-00667 (MMR)<br><br>Honorable Mary M. Rowland |

## JOINT STATUS REPORT

Plaintiffs Belvidere Pizza, Inc. and Hampshire Pizza, Inc., and Defendant McCain Foods USA, Inc. (collectively, the "Parties"), pursuant to this Court's August 1, 2024 Minute Entry (Dkt. 29), jointly submit the following status report:

1. On August 1, 2024, this Court entered a Minute Order requiring the Parties to submit a subsequent status report "on the progress of discovery and whether a settlement conference would be productive." (Dkt. 29.)

2. The Parties exchanged Rule 26(a)(1) disclosures and first sets of written discovery on May 31, 2024.

3. The Parties have exchanged written discovery responses and are in the process of meeting-and-conferring on next steps. Plaintiffs produced over 2,000 pages of documents in July 2024.

4. McCain issued a third-party subpoena to Purchasing Partners, Inc. (an entity that Plaintiffs identified as having knowledge of the allegations in the First Amended Complaint), and on August 22, 2024 Purchasing Partners, Inc. produced more than 2,000 pages of documents. McCain continues to review this production.

5. The Parties have had preliminary settlement discussions. McCain believes that a settlement conference would be productive.

6. Defendant's Motion to Dismiss remains pending before this Court. *See* Dkt. Nos. 19, 20, 26, and 27.

October 1, 2024

| /s/ *Shannon M. McNulty* | /s/ *Scott T. Schutte* |
|---|---|
| Shannon M. McNulty | Scott T. Schutte |
| CLIFFORD LAW OFFICES | Monica C. Pedroza |
| 120 North LaSalle Street | Ryan B. Bronstein |
| Chicago, IL 60602 | MORGAN, LEWIS & BOCKIUS LLP |
| (312) 899-9090 | 110 North Wacker Drive, Suite 2800 |
| smm@cliffordlaw.com | Chicago, Illinois 60606 |
| | (312) 324-1773 |
| David McMullan | scott.schutte@morganlewis.com |
| BARRETT LAW GROUP, P.A. | monica.pedroza@morganlewis.com |
| P.O. Box 927 | ryan.bronstein@morganlewis.com |
| 404 Court Square North | |
| Lexington, MS 39095 | *Counsel for Defendant* |
| (662) 834-2488 | |
| dmcmullan@barrettlawgroup.com | |

Charles Barrett
Daniella Bhadare-Valente
NEAL & HARWELL, PLC
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203
(615) 244-1713
cbarrett@nealharwell.com
dbhadare-valente@nealharwell.com

*Counsel for Plaintiffs and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Scott T. Schutte*
Scott T. Schutte

*Attorney for Defendant*